**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: SHANNON G. ELKINS |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:            26-cr-138 (LMP/ECW) |
| | ) | Date:            August 13, 2026 |
| Ted Matthew Bennett, | ) | Court Reporter:   Janell Gruber |
| | ) | Courthouse:      Minneapolis |
| Defendant. | ) | Courtroom:        9E |
| | ) | Time Commenced:  11:04 a.m. |
| | ) | Time Concluded:   11:06 a.m. |
| | | Time in Court:     2 minutes |

X **DETENTION HEARING**

APPEARANCES:

  Plaintiff: Evan Gilead, Assistant U.S. Attorney
  Defendant:  Matthew Deates and Maddy Bullard
                  X FPD

On X Indictment

X Both parties move for a continuance of the Detention hearing and Arraignment. X Granted.
X Defendant will remain in the custody of the U.S. Marshals pending the next hearing.

Next appearance date is Friday, August 14, 2026, at 2:30 p.m. before U.S. Magistrate Judge Shannon G. Elkins in Courtroom 9E for:
  X Detention hrg         X Arraignment

_____ *s/coo* _____
Signature of Criminal Duty Clerk