**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: SHANNON G. ELKINS |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-cr-138 (LMP/ECW) |
| | ) | Date: August 14, 2026 |
| Ted Matthew Bennett, | ) | Court Reporter: Janell Gruber |
| | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 9E |
| | ) | Time Commenced: 2:32 p.m. |
| | ) | Time Concluded: 3:10 p.m. |
| | | Time in Court: 38 minutes |

X **DETENTION HEARING**

APPEARANCES:

  Plaintiff: Evan Gilead, Assistant U.S. Attorney
  Defendant:  Matthew Deates and Maddy Bullard
            X FPD

On X Indictment

X Defendant Ordered Detained. Government to submit proposed order.

Additional Information:
Government exhibits 1-2 are admitted for purposes of this hearing.
Defendant arraigned, see arraignment minutes and order.

_____s/coo_____
Signature of Criminal Duty Clerk