# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

                    Plaintiff,

  v.

Ted Matthew Bennett,

                    Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: SHANNON G. ELKINS
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-138 (LMP/ECW) |
| Date: | August 14, 2026 |
| Court Reporter: | Janell Gruber |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 2:32 p.m. |
| Time in Court: | 2 minutes |

APPEARANCES:

  Plaintiff: Evan Gilead, Assistant U.S. Attorney
  Defendant:  Matthew Deates and Maddy Bullard
           X FPD

**Indictment Dated: August 6, 2026**

    X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                    *s/coo*
                          Signature of Courtroom Deputy